PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
PME 1-Day
LONGVIEW, WA
98632
JUN 29, 22
AMOUNT
**$26.95**
R2304M114217-8

1007 80294

UNITED STATES POSTAL SERVICE®

# PRIORITY® MAIL EXPRESS

Scanned by US Marshal

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EI 027 509 199 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE (360) 431-0240
Daniel Richards
3 Olive Dr, Apt 2
Cathlamet WA 98612

**DELIVERY OPTIONS (Customer Use Only)**

☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )
Alfred A Arraj United States Court house
Attn: Civil Clerk/New Case filing
901 19th Street
Denver, CO

ZIP + 4® (U.S. ADDRESSES ONLY)
80294-3589

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

**ORIGIN (POSTAL SERVICE USE ONLY)**

☒ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code: 98632 | Scheduled Delivery Date (MM/DD/YY): 06/30/22 | Postage: $ 26.95 | |
| Date Accepted (MM/DD/YY): 06/29/22 | Scheduled Delivery Time: ☒ 6:00 PM | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 12:57 ☐ AM ☒ PM | | Return Receipt Fee: $ | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: $ 26.95 | |
| Weight: ☒ Flat Rate 0 lbs. 4 ozs. | Acceptance Employee Initials: JN | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021 PSN 7690-02-000-9996

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 01 2022
JEFFREY P. COLWELL
CLERK

EP13F Oct 2018
OD: 12 1/2 x 9 1/2

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; October 2018; All rights reserved.

* Money Back Guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
† Money Back Guarantee for U.S. destinations only. ※ For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

**UNITED STATES POSTAL SERVICE®**

**EMS**

GUARANTEED* ★★
TRACKED ★★
INSURED ★

**PRIORITY MAIL EXPRESS®**

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

PS10001000006

EP13F Oct 2018
OD: 12 1/2 x 9 1/2

* Money back guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
* For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.