**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-01640-RMR-NYW

DANIEL P. RICHARDS,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION, d/b/a LOCKHEED MARTIN SPACE,

    Defendant.

---

**MINUTE ORDER**

---

Magistrate Judge Nina Y. Wang

    IT IS ORDERED that a Status Conference is set for **September 14, 2022, at 9:30 a.m.**, in Courtroom A-502, 5th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b). The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.COLO.LR 16.2. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

    IT IS FURTHER ORDERED that a copy of this Minute Order shall be sent to:

    Daniel P. Richards
    3 Olive Drive
    Apt 2
    Cathlamet, WA 98612

DATED: July 14, 2022