IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No: 22-cv-01640-CNS-MDB | Date: September 20, 2022 |
| Courtroom Deputy: E. Lopez Vaughan | FTR: Courtroom 101 |

| _Parties:_ | _Counsel:_ |
|---|---|
| Daniel P. Richards, | Pro se |
|    Plaintiff, | |
| v. | |
| Lockheed Martin Corporation, | |
|    Defendant. | |

**COURTROOM MINUTES**

**TELEPHONIC STATUS CONFERENCE**

**10:04 a.m.       Court in session.**

Court calls case. Plaintiff appears pro se. No appearance by or on behalf of Defendant. Court advises Plaintiff that this case cannot move forward at this time since, to date, no summons has been issued for service on Defendant. Plaintiff indicates that he just recently retained counsel and requests additional time to serve Defendant with a summons. The Court sets a deadline of November 15, 2022.

**10:08 a.m.       Court in recess.**

Hearing concluded.
Total in-court time    00:04

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.