IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 22–cv–01640–CNS–MDB

DANIEL P. RICHARDS, a resident of the State of Washington,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION d/b/a LOCKHEED MARTIN SPACE, a corporation headquartered and organized under the laws of the State of Maryland,

    Defendant.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte* on Plaintiff's failure to serve Defendant. Federal Rule of Civil Procedure 4(m) provides that:

> [i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against the defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Plaintiff Daniel P. Richards, who is a *pro se* litigant, commenced this lawsuit on July 1, 2022, naming Lockheed Martin Corporation as the sole defendant. (Doc. No. 1.) More than ninety days have passed since Plaintiff's complaint was filed, and service still has not been effectuated upon Defendant.

On September 20, 2022, this Court held a Status Conference, during which Plaintiff was advised that his case could not move forward until Defendant was served with the summons and

complaint. (Doc. No. 10.) In light of Plaintiff's *pro se* status, this Court extended the service deadline to November 15, 2022. (*Id.*) However, Plaintiff failed to effectuate service of Defendant by that new service deadline. Plaintiff's failure to effectuate service upon Defendant within the time limits prescribed by Rule 4(m) is grounds for the dismissal of this case, in the absence of justification for the failure. *See Jones v. Frank*, 973 F.2d 872, 873-74 (10th Cir. 1992).

Accordingly, it is

**ORDERED** that, on or before **December 27, 2022**, Plaintiff shall show cause, in writing, as to why his claims against Defendant should not be dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 4(m), for lack of service. If the response is not timely filed, or if Plaintiff fails to show good cause for his failure to serve Defendant, the Court will recommend the dismissal of this case without further notice.

DATED: December 5, 2022.

BY THE COURT:

Maritza Dominguez Braswell
United States Magistrate Judge