AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-01640-CNS-MDB



F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 15 2022

JEFFREY P. COLWELL
CLERK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lockheed Martin

was received by me on *(date)* _____.

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* Maryanne Iavan _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* Lockheed Martin _____

on *(date)* 12 8 2022 _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado  ▼

| | |
|---|---|
| DANIEL P. RICHARDS )<br>)<br>)<br>)<br>────────────────────── )<br>*Plaintiff(s)* )<br>v. )<br>LOCKHEED MARTIN CORPORATION )<br>D/B/A LOCKHEED MARTIN SPACE, )<br>)<br>)<br>────────────────────── )<br>*Defendant(s)* ) | Civil Action No. 1:22-cv-01640-CNS-MDB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Corporation Service Company, Registered Agent
ATTN:  Maryanne Lavan, Senior Vice President, General Counsel
for Lockheed Martin Corporation
1900 W. Littleton Boulevard
Littleton, Colorado 80120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel P. Richards
3 Olive Drive, Apartment 2
Cathlamet, Washington 98612
Telephone:  (360) 431-0240    Email:  daniel.p.richards@protonmail.com

Or Plaintiff's attorney expected to file his notice of appearance imminently

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                           *Signature of Clerk or Deputy Clerk*

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

**UNITED STATES POSTAL SERVICE**

*Retail*

**P**

US POSTAGE PAID
$9.90

**PRIORITY MAIL®**

Origin: 986 2
12/08/22
541246040-02

0 Lb 1.80 Oz

EXPECTED DELIVERY DAY: 12/12/22

RDC 04

C044

SHIP
TO:
901 19TH ST
DENVER CO 80294-2500

USPS TRACKING® #

9505 5146 0306 2342 1854 90

PRIORITY
MAIL

■ Expected
■ Most dor
■ USPS Tra
■ Limited i
■ When us

*insurance di
Domestic Ma
** See Intern

rictions apply).*
l destinations.
uired.
is see the
ttions of coverage.

FLAT
ONE RA

TRA







ule free Package Pickup,
can the QR code.

JSPS.COM/PICKUP

**FROM:**
Daniel Richards
3 Olive Dr, Apt 2
Castlewest, Wa 98612

**TO:**
Clerk of court/Civil
US District court, State of colorado
Denver Division
901 19th St
Denver, CO 80294-3589
Admin Civil Clerk



# UNITED STATES
## POSTAL SERVICE ®

# PRIORITY®
## M A I L

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.