IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

DENVER DIVISION

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 28 2022

JEFFREY P. COLWELL
CLERK

| | |
|---|---|
| **DANIEL P. RICHARDS** ) | |
| ) | |
| a resident of the State of Washington ) | |
| ) | Civil Action No. |
| **Plaintiff/Pro Se** ) | |
| ) | |
| v. ) | 1:22-cv-01640-CNS-MDB |
| ) | |
| **LOCKHEED MARTIN CORPORATION** ) | |
| **D/B/A LOCKHEED MARTIN SPACE,** ) | |
| a corporation headquartered in and organized ) | |
| under the laws of the State of Maryland ) | |
| ) | |
| **Defendant** ) | |

**PLAINTIFF DANIEL RICHARD'S MOTION
TO ACCEPT FILING BY PAPER HARD COPY VERSION**

Comes now the Plaintiff, Daniel P. Richards, *Pro Se*, and requests the Court and the Clerk of the Court to accept the Plaintiff's filing *pro se* of these pleadings by hard copy, paper version in lieu of electronic filing. When my counsel completes admission *pro hac vice* with the assistance of local Colorado counsel, the attorneys will proceed to file later pleadings by electronic filing.

Dated:   December 27, 2022


_____/s/ Daniel P. Richards_____
Daniel P. Richards
Plaintiff / Pro Se
3 Olive Drive, Apartment 2
Cathlamet, Washington 98612
(Wahkiakum County)
Telephone:  (360) 431-0240

1

Email:  **daniel.p.richards@protonmail.com**

2