# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### DENVER DIVISION

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 28 2022

JEFFREY P. COLWELL
CLERK

| | |
|---|---|
| **DANIEL P. RICHARDS** ) | |
| ) | |
| a resident of the State of Washington ) | |
| ) | **Civil Action No.** |
| **Plaintiff/Pro Se** ) | |
| ) | |
| v. ) | **1:22-cv-01640-CNS-MDB** |
| ) | |
| **LOCKHEED MARTIN CORPORATION** ) | |
| **D/B/A LOCKHEED MARTIN SPACE,** ) | |
| a corporation headquartered in and organized ) | |
| under the laws of the State of Maryland ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## PLAINTIFF DANIEL RICHARD'S MOTION
## TO REQUEST ISSUANCE OF SUMMONS

Comes now the Plaintiff, Daniel P. Richards, *Pro Se*, and requests the Clerk of the Court to

issue a summons, form attached, so that the Plaintiff can serve the Defendant in this case.

Dated:  December 27, 2022

_____/s/ Daniel P. Richards_____
Daniel P. Richards
Plaintiff / Pro Se
3 Olive Drive, Apartment 2
Cathlamet, Washington 98612
(Wahkiakum County)
Telephone:  (360) 431-0240
Email:  **daniel.p.richards@protonmail.com**