IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

DENVER DIVISION

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 28 2022

JEFFREY P. COLWELL
CLERK

| | |
|---|---|
| **DANIEL P. RICHARDS**<br><br>a resident of the State of Washington<br><br>**Plaintiff/Pro Se**<br><br>v.<br><br>**LOCKHEED MARTIN CORPORATION**<br>**D/B/A LOCKHEED MARTIN SPACE,**<br>a corporation headquartered in and organized<br>under the laws of the State of Maryland<br><br>**Defendant** | Civil Action No.<br><br>1:22-cv-01640-CNS-MDB |

**PLAINTIFF DANIEL RICHARD'S MOTION FOR ENLARGEMENT OF TIME
FOR ENTRY OF COUNSEL AND TO SERVE DEFENDANT**

Comes now the Plaintiff, Daniel P. Richards, *Pro Se*, and moves the Court for an extension and enlargement of the time for his out-of-state counsel to enter an appearance by motion *Pro Hac Vice* with local counsel and to request a summons and serve the Defendant in this case.

Previously, I informed the Court that I had located an attorney for this case, but did not know the technicalities required of the attorney appearing with local counsel licensed in Colorado. We are working on finalizing local representation to appear with my attorney.

I will file pro se my summons for service upon the Defendant this week.

Dated:  December 27, 2022

_____/s/ Daniel P. Richards_____

1

Daniel P. Richards
Plaintiff / Pro Se
3 Olive Drive, Apartment 2
Cathlamet, Washington 98612
(Wahkiakum County)
Telephone:  (360) 431-0240
Email:  **daniel.p.richards@protonmail.com**