IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

DENVER DIVISION

|  |  |
|---|---|
| DANIEL P. RICHARDS<br><br>a resident of the State of Washington<br><br>**Plaintiff**<br><br>v.<br><br>**LOCKHEED MARTIN CORPORATION D/B/A LOCKHEED MARTIN SPACE,**<br>a corporation headquartered in and organized under the laws of the State of Maryland<br><br>**Defendant** | **F I L E D**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>DEC 28 2022<br><br>JEFFREY P. COLWELL<br>CLERK<br><br>Civil Action No.<br><br>1:22-cv-01640-CNS-MDB |

## DECLARATION OF JOHN M. PIERCE IN SUPPORT OF PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

I, John M. Pierce, on behalf of Plaintiff Daniel P. Richards, affirm under penalty of perjury that:

1. I am an attorney licensed in the State of California and admitted to numerous federal district courts and courts of appeal throughout the country, as well as the Supreme Court of the United States. I graduated from Harvard Law School in 2000, where I was an editor of the *Harvard Law Review*. I was previously a partner at Quinn Emanuel and Latham & Watkins. I have personal knowledge of the facts set forth herein.

2. I have been retained by Plaintiff in the above-entitled action. I submit this declaration in support of Plaintiff's response to the Court's Order to Show Cause dated December 5, 2022 and respectfully urge the Court to not dismiss this action since the failure to serve

7. Nonetheless, members of my team contacted approximately 15 attorneys in Colorado attempting to find and retain Colorado local counsel. That search was to no avail.

8. I now understand that my firm will simply need to seek admission in the U.S. District of Colorado ourselves. This requires some research and study to become familiar with local court rules. We will seek admission pursuant to Local Attorney Rule 3. My team is already working on that application process. We will submit the application imminently and upon admission I will enter my appearance immediately and coordinate service of original process under Fed. Rule of Civ. P. 4.

9. I take full responsibility for the delay in serving the Defendant and profoundly apologize to the Court. I will ensure these kinds of delays do not occur again throughout the duration of the case. I respectfully ask the Court to not allow Plaintiff's substantive claims to be lost due to these circumstances surrounding my schedule, medical issues and resultant inability to move more quickly on this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 27, 2022         RESPECTFULLY SUBMITTED

*John M. Pierce*

John Pierce Law Firm
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: *jpierce@johnpiercelaw.com*
Attorney for Plaintiff