

CLERK OF THE COURT  / CIVIL
U.S. District Court for the District of Colorado
Alfred A. Arraj Courthouse
901 19th Street Denver, CO 80294

**Clerk's** Intake Office: (303) 844-3433 - Option 0, (303) 844-5424



FedEx.   0476 DENVER CO
DOWNTOWN
555 17TH ST STE 190
DENVER, CO 80202
CLERK OF THE COURT/CIVIL
ALFRED A ARRAJ C HOU
901 19TH STREET
DENVER, CO  80294
(303) 844-3433

FXF53°006296142587006296142128222

F3

Special Instructions