EXHIBIT 1

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

_____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Daniel P. Richards | (360) 431-0240 | 02011985 |

**Street Address**     **City, State and ZIP Code**
6040 East Main Street, Mesa Arizona 85205-8928

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two are named, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Lockheed Martin Corporation d/b/a Lockheed Martin Space | | (661) 572-4821 |

**Street Address**     **City, State and ZIP Code**
6801 Rockledge Drive, Bethesda, MD 02081

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| | | |

**Street Address**     **City, State and ZIP Code**

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☒ OTHER (*Specify*)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Jun 1, 2015   Latest: Mar 27, 2021
☒ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

During Mr. Richards employment at Lockheed Martin Space ("LMCO" or "Lockheed" or "the Corporation") from June 2015 and until his departure on March 24, 2021, Mr. Richards was the victim of anti-Veteran harassment, was discriminated against for his protected Veteran status (which created a hostile work environment for he and his fellow Veteran coworkers) and was further discriminated against for
his deployment-related disabilities. Furthermore, Mr. Richards was consistently denied the opportunity to implement changes and improvements to the workforce. Mr. Richards was also denied disability accommodations despite Lockheeds' awareness of his disability.

Mr. Richards was subject to violations of the Americans with Disabilities Act ("ADA"), the Colorado Anti-Discrimination Act ("CADA"), the False Claims Act ("FCA"), and the National Defense Authorization Act ("NDAA"), in addition to harassment, hostile work environment and wrongful discharge.

Regarding disabilities, Mr. Richards suffers from multiple ailments including but not limited to "acute compartment syndrome" ("ACS") which limits his ability to walk. Additionally, Mr. Richards has also been diagnosed with insomnia and back issues, as well as tinnitus. Lockheed was aware of Mr. Richards' ACS diagnosis.

Specific examples of violations suffered by Mr. Richards at the hands of Lockheed include but are not limited to:

1. At one point Mr. Richards complained to a supervisor about the amount of walking he had to do for his support role, to which Lockheed replied, "you chose the wrong role for your issues." Mr. Richards even asked to be reassigned to another role, in an effort to be reasonably accommodated for his disability, and Lockheed did not respond.

2. Mr. Richards was removed and excluded from supervisor meetings, projects, and email chains whenever one of the associate

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

03 / 02 / 2022
Date     Charging Party Signature

NOTARY – *When necessary for State or Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Doc ID: 2dedfbe5fd7b0bf067e8c2bf2ae77513ef67bc56

EXHIBIT 1

EEOC Form 5 (11/09)

| **CHARGE OF DISCRIMINATION** <br> This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: <br> ☐ FEPA <br> ☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

_____ and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

Continued:

3. A supervisor at one point stated to a coworker, "I hate Vets, they took the easy way out," with regard to Veterans achieving any success for themselves — not knowing that this coworker was himself a veteran and associate of Mr. Richards.

4. In another instance, a supervisor bragged about getting a fellow coworker sent to the basement for "pointing out issues" and told Mr. Richards, "I know David [Braley] isn't a Vet, but we're going to treat him like one (laughs). This is why I got him assigned to the basement and out of the way. Keep it up and you will end up down here next.".

5. Another example of discriminatory treatment is the fact that Mr. Richards was asked to submit weekly action reports ("WARs") more often and consistently than other employees so that his manager could keep up with all of his projects. Mr. Richards did comply for a while until he noticed that his work projects would disappear without explanation and those coworkers tasked with working with him would soon after stop communicating with him, "freezing" him out and making his job significantly more difficult.

6. A non-Veteran coworker of Mr. Richards, named Nathan Campbell, was promoted to Engineer before he even completed his college degree and was promoted a second time only one (1) year later to a supervisor position. Mr. Richards has over six (6) years' experience on the job but, seemingly because of his Veteran status, he was passed over time and again for promotions and other employment opportunities.

7. By 2021, Mr. Richards reasonably felt that harassment by a supervisor (Mr. Morgan) had risen to a level creating an extremely hostile work environment and so he reported the discriminatory treatment to Lockheed's Ethics and HR departments; in response to these reports, Lockheed did nothing to aid Mr. Richards and ignored all of his requests for assistance.

8. Mr. Richards had been prevented from moving up in Lockheed since 2018, wherein he submitted approximately one hundred (100) applications to local and out-of-state positions within Lockheed in 2020 but never once was offered an interview or heard anything back. Later, Mr. Richards discovered that a supervisor (Mr. Maleski) was intentionally blocking his applications in a disgusting abuse of authority.

In summation, Lockheed discriminated against Mr. Richards in Violation of the ADA and the CADA in the following ways:

1: Mr. Richards Is a Disabled Person within the Meaning of the ADA;
   Mr. Richards Informed Lockheed About His Disability and Request for accommodation;
   Lockheed Failed to Accommodate Mr. Richards;
2. Lockheed Terminated Mr. Richards in Violation of the ADA;
3: Lockheed Harassed Mr. Richards to Such a Degree that it Created a Hostile Work Environment 4: Lockheed Retaliated Against Mr. Richards Under the CADA;
5: Lockheed Retaliated Against Mr. Richards Under the FCA;
6: Lockheed Violated the Anti-Reprisal Provision of the NDAA; and
7: Lockheed Wrongfully Discharged Mr. Richards.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State or Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT |
| 03 / 02 / 2022    *[signature]* <br> Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE <br> (month, day, year) |

Doc ID: 2dedfbe5fd7b0bf067e8c2bf2ae77513ef67bc56

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

EXHIBIT 1



# HELLOSIGN — Audit Trail

| | |
|---|---|
| TITLE | EEOC Form 5[13665].pdf |
| FILE NAME | (b) (7)(C) |
| DOCUMENT ID | |
| AUDIT TRAIL DATE FORMAT | MM / DD / YYYY |
| STATUS | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT** — 03 / 02 / 2022  19:08:09 UTC — Sent for signature to Dan Richards (b) (7)(C)

**VIEWED** — 03 / 02 / 2022  19:09:02 UTC — Viewed by Dan Richards (b) (7)(C)

**SIGNED** — 03 / 02 / 2022  19:10:12 UTC — Signed by Dan Richards (b) (7)(C)

**COMPLETED** — 03 / 02 / 2022  19:10:12 UTC — The document has been completed.

Powered by HELLOSIGN