**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01640-CNS-MDB

DANIEL P. RICHARDS,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION
d/b/a LOCKHEED MARTIN SPACE,

    Defendant.

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant Lockheed Martin Corporation d/b/a Lockheed Martin Space, by and through its undersigned counsel, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Lockheed Martin Corporation has no parent corporation.

2. State Street Corporation, a publicly held corporation, owns in excess of ten percent (10%) of Lockheed Martin Corporation's outstanding shares.

Respectfully submitted this 2nd day of February, 2023.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*s/ Rebecca M. Lindell*
Michael H. Bell
Rebecca M. Lindell
2000 South Colorado Boulevard
Tower Three, Suite 900
Denver, CO  80222
Telephone:  303.764.6800
Facsimile:   303.831.9246
mike.bell@ogletree.com
rebecca.lindell@ogletree.com

*Attorneys for Defendant Lockheed Martin Corporation d/b/a Lockheed Martin Space*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2023, I electronically filed the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system and served a true and accurate copy of the same by U.S. Mail and e-mail upon Plaintiff, as follows:

Daniel P. Richards
3 Olive Drive, Apt. 2
Cathlamet, WA 98612
daniel.p.richards@protonmail.com

*pro se Plaintiff*

*s/ Alison L. Shaw*
Alison L. Shaw, Paralegal