Aszaneé R. Laws
John Pierce Law
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367
**alaws@armchairlegal.net**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## DENVER DIVISION

| | |
|---|---|
| **DANIEL P. RICHARDS** ) | |
| ) | |
| a resident of the State of Washington ) | |
| ) | |
| **Plaintiff** ) | Civil Action No. |
| ) | |
| v. ) | |
| ) | 1:22-cv-01640-CNS-MDB |
| **LOCKHEED MARTIN CORPORATION** ) | |
| **D/B/A LOCKHEED MARTIN SPACE,** ) | |
| a corporation headquartered in and organized ) | |
| under the laws of the State of Maryland ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**PLAINTIFF DANIEL RICHARD'S NOTICE OF FIRST AMENDED COMPLAINT**

Pursuant to the Court's February 28, 2023, Minute Order (ECF No. 23)[1] following the amended complaint filed on February 27, 2023 (ECF No. 22), Plaintiff Daniel Richards, by and through undersigned counsel, hereby files a notice to the amended complaint, along with the

---

[1] If Plaintiff seeks to amend his complaint as a matter of course under FRCP 15(a)(1)(B), he must file a notice and attach as an exhibit a copy of the proposed pleading that strikes through the text to be deleted and underlines the text to be added. *See* D.C.COLO.LCivR 15.1(a).

1

amended complaint (ECF No. 22), a copy of which is attached as Exhibit A, and a redline version of the amended complaint showing the changes from the original complaint filed July 1, 2022 (ECF No. 1), attached as Exhibit B.

Dated: April 4, 2023

Respectfully Submitted,
/s/ Aszaneé R. Laws
John Pierce Law
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367
**alaws@armchairlegal.net**

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 4, 2023, this notice was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ Aszaneé Laws
Aszaneé Laws