Aszaneé R. Laws
John Pierce Law
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367
alaws@armchairlegal.net

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## DENVER DIVISION

| | |
|---|---|
| **DANIEL P. RICHARDS** | |
| a resident of the State of Washington | **Civil Action No.** |
| | **1:22-cv-01640-CNS-MDB** |
| **Plaintiff** | |
| v. | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND TO FILE FIRST AMENDED COMPLAINT** |
| **LOCKHEED MARTIN CORPORATION D/B/A LOCKHEED MARTIN SPACE,** a corporation headquartered in and organized under the laws of the State of Maryland | |
| **Defendant** | |

**TO THE ABOVE-NAMED DEFENDANTS AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that on [TBD] at the hour of [TBD], at the above-captioned Court, located at 1929 Stout Street, Denver, CO 80294, the above-named Plaintiff shall and hereby do move: Pursuant to Fed. R. Civ. P. 15(a)(1)(B) or Fed. R. Civ. P. 15(a)(2)), for an order granting Plaintiffs leave to file an Amended Complaint ("FAC").

(1) In an effort to satisfy D.C.COLO.LCivR 7.1(a), Plaintiff's counsel emailed both Mr. Bell and Ms.

Lindell explaining to them that because Plaintiff's counsel was just admitted to the U.S. District Court, District of Colorado bar, Plaintiff would be seeking to file a Motion to refile his FAC and inquired whether the Motion would be opposed. Opposing counsel responded that the motion would be opposed.

(2) Plaintiff previously filed his FAC on February 27, 2023 and on February 28, 2023 it was stricken for failure to comply with Local Rule 15.1(a).

(3) As a Pro Se litigant, Plaintiff was unaware of the procedure he needed to follow prior to filing his FAC.

(4) Now that Plaintiff's counsel has been officially admitted to the U.S. District Court, District of Colorado bar, we believe it would be in the interest of justice to allow Plaintiff to refile his FAC in compliance with Local Rule 15.1(a).

(5) Had Plaintiff been knowledgeable of the requirements of Local Rule 15.1(a) prior to filing his FAC, it would have been accepted as timely.

(6) Plaintiff is aware that he had until March 20, 2023 to refile his FAC. However, as stated above counsel has just been admitted to this State's bar.

(7) In addition, multiple staff members had contracted the flu, strep throat, and Covid-19, which made it extremely difficult to accomplish anything in a timely manner with more than half of the firm out sick.

(8) Plaintiff is not requesting any additional time, only to be allowed to refile the FAC pursuant to Local Rule 15.1(a).

(9) The previous original Complaint, in its entirety, has been reformatted in a more succinct and proper way and replaced with the FAC.

(10) The FAC consists of an entirely different caption page and five clearly plead and specific causes

of action, which were missing from the original Complaint. There are three State law causes of action and two Federal law causes of action.

(11)     The causes of action based on federal law include (1) The violation of the Americans with Disabilities Act flowing from the Defendants' discriminatory conduct towards Plaintiff based on his disabilities; and (2) violation of NDAA based on his veteran status.

(12)     The specific State law claims include (1) the violation of Americans with Disabilities Act; (2) a breach of contract claim; and (3) a breach of implied duty of good faith and fair dealing.

(13)     A demand for jury trial and a prayer for damages follow thereafter.

(14)     The effect of the FAC is (1) to replead, clarify, and clearly state the specific factual allegations supporting the (2) the violation of the Federal Americans with Disabilities Act; the violation of NDAA; the violation of State Americans with Disabilities Act; the breach of contract; and breach of implied duty of good faith and fair dealing causes of action cited.

This motion is based on this notice and accompanying amended complaint, upon such matters of which this Court must and may take judicial notice, and upon such other and further oral and documentary evidence as may be presented at the time of the hearing hereon.

DATED: April 5, 2023                                                                 Respectfully Submitted,

/s/ Aszaneé R. Laws
John Pierce Law
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367
alaws@armchairlegal.net

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 5, 2023, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ Aszaneé Laws
Aszaneé Laws