IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01640-CNS-MDB

DANIEL P. RICHARDS,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION
d/b/a LOCKHEED MARTIN SPACE,

    Defendant.

**ELECTION CONCERNING CONSENT/NON-CONSENT TO
UNITED STATES MAGISTRATE JUDGE JURISDICTION**

Under 28 U.S.C. § 636(c) and

(1)    D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2)    Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3)    D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE**

_____ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

    __X__ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

Respectfully submitted this 26th day of April, 2023.

| JOHN PIERCE LAW | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| *s/ Aszaneé R. Laws* | *s/ Rebecca M. Lindell* |
| Aszaneé R. Laws<br>21550 Oxnard Street<br>3rd Floor PMB #172<br>Woodland Hills, CA<br>alaws@armchairlegal.net | Michael H. Bell<br>Rebecca M. Lindell<br>2000 South Colorado Boulevard<br>Tower Three, Suite 900<br>Denver, CO 80222<br>mike.bell@ogletree.com<br>rebecca.lindell@ogletree.com |
| *Attorneys for Plaintiff Daniel P. Richards* | *Attorneys for Defendant Lockheed Martin Corporation d/b/a Lockheed Martin Space* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of April, 2023, I electronically filed the foregoing **ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION** with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to counsel for Plaintiff, as follows:

Aszaneé R. Laws
John Pierce Law
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA
alaws@armchairlegal.net

*s/Alison L. Shaw*
Alison L. Shaw, Paralegal