IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No:  22-cv-01640- CNS-MDB | Date:   May 10, 2023 |
| Courtroom Deputy: Amanda Montoya | FTR:   Courtroom 101 |

| *Parties:* | *Counsel:* |
|---|---|
| Daniel P. Richards | Aszanee Laws |
| Plaintiff, | |
| v. | |
| Lockheed Martin Corporation | Rebecca Lindell |
| Defendant. | |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

**12: 03 p.m.      Court in session.**

Court calls case. Appearances of counsel by VTC.

Brief discussion regarding *[30] Plaintiff's Notice of Motion and Motion for Leave to Amend to File First Amended Complaint*. Ms. Laws represents that she is not prepared to address the motion at this time.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Each side shall be limited to 7 depositions.
Depositions shall not exceed 7 hours, without prior agreement or absent leave of court.
Each side shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.

Joinder of Parties/Amendment to Pleadings:  June 1, 2023
Discovery Cut-off:     December 4, 2023
Dispositive Motions and 702 Motions Deadline:  January 18, 2024

Each side shall be limited to 2 retained expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: September 20, 2023
Disclosure of Rebuttal Experts: October 20, 2023

Written Discovery shall be served no later than November 3, 2023.

**ORDERED:** **A Final Pretrial Conference will be set by Judge Sweeney.  Counsel shall jointly email Judge Sweeney's chambers within 24 hours of the scheduling conference to obtain a date for a final pretrial conference.**

Counsel and pro se litigants are expected to be familiar with the practice standards of the assigned District Court Judge and of Magistrate Judge Dominguez Braswell.

**Scheduling Order entered.**

**12:22 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:   00:19

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.