FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01640-CNS-MDB

DANIEL P. RICHARDS,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION

d/b/a LOCKHEED MARTIN SPACE,

    Defendant.

---

COUNSEL'S EMERGENCY MEDICAL REQUEST FOR SENTENCING CONTINUANCE

    With profound apologies for the late notice, counsel for Plaintiff Daniel Richards ("Richards") is at a Los Angeles Urgent Care facility with a medical emergency.  Ms. Laws is not able to appear at Mr. Richards Motions hearing as she has severe respiratory symptoms including a persistent cough that makes it impossible for her to complete the hearing without severe coughing fits and rib pain.  Additionally, the attorney that was supposed to be taking over for Ms. Laws is still in the process of being admitted and for that reason cannot appear on her behalf. Consequently, Richards requests at least a few days continuance.

    RESPECTFULLY SUBMITTED,

    /s/