IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No: 22-cv-01640-CNS-MDB | Date: June 6, 2023 |
| Courtroom Deputy: E. Lopez Vaughan | FTR: Courtroom 101 |

| *Parties:* | *Counsel:* |
|---|---|
| Daniel P. Richards, | Aszanee Laws |
| Plaintiff, | |
| v. | |
| Lockheed Martin Corporation, | Michael Bell |
| | Rebecca Lindell |
| Defendant. | |

## COURTROOM MINUTES

**MOTION HEARING**

**10:34 a.m.**     **Court in session.**

Court calls case.  Appearances entered. Court calls case.  Appearances entered. The Court notes that counsel for Plaintiff is not present and filed a motion just after 10:00 am requesting a continuance. This is troubling to the Court given the history here.

**ORDERED**:   The continuance is **GRANTED**. This matter is reset for **June 22, 2023 at 1:00 pm.** Parties shall utilize the attached instructions to participate by video means.

**10:38 a.m.**     **Court in recess.**

Hearing concluded.
Total in-court time    00:04

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.

**Post-conference note:**
The Court will issue a separate order to show cause in connection with the motion for continuance and history of missed deadlines, failures to confer, and non-compliant filings.