IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01640-CNS-MDB

DANIEL P. RICHARDS,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION

d/b/a LOCKHEED MARTIN SPACE,

    Defendant.

_____

**ASZANEÉ R. LAWS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**
_____

    Aszaneé R. Laws hereby files this Response to the Court's Order to Show Cause dated June 12, 2023, and, for the reasons stated herein, respectfully requests that the Court not sanction counsel for Plaintiff and not order affiliation with local counsel.

1. As I mentioned to the court during the scheduling conference on May 10, 2023, I was never supposed to be the lead attorney on this case and was only appearing at that hearing while someone else from the firm was getting admitted to handle all further matters.

2. Prior to the scheduling conference, I informed the firm that I would be parting ways. I had secured a full-time position on April 24, 2023 and put the firm on notice that I would only be able to pick up work as my schedule permits.

3. However, between April 24, 2023 and May 10, 2023 no one had been admitted and against my better judgment I had to attend the scheduling conference.

4. After the scheduling conference I again informed the firm that due to me having a fulltime job and my intentions to fully part ways with the firm that someone would need to be admitted to attend the Motions hearing.

5. Believing that it would be taken care of, I focused my attentions on my actual job. It wasn't until last minute that I became aware that no one from the firm had gotten admitted and the hearing would again fall on me.

6. After consulting with a member of the team I panicked and filed an emergency continuance. Admittedly, I used a continuance that was filed in a prior case because not only did I experience the same symptoms, but I also went to urgent care a few days before the hearing.  However, due to me rushing to get the continuance filed prior to the hearing starting, I failed to ensure that the continuance was complete, accurate, and that it made sense to the court. For that I apologize.

7. It was never my intention to make any misrepresentation to the court, as I am a new attorney and take my bar license very seriously.

8. I did go to Urgent care in Los Angeles just a few days before the hearing due to constant coughing that caused my chest, ribs and abdomen extreme pain and rendered me unable to work.

9. Being notified just before the hearing that no one was admitted, coupled with the sickness I was dealing with, instantly gave me anxiety and sent me into panic mode. I used the continuance from a previous case because it literally outlined what I was going through health wise, without having to throw the blame on others.

10. I am in the tail end of being completely separated from the firm and plan on withdrawing from this case as soon as I can.

11. I respectfully ask for the Court's forgiveness because despite me informing the firm on several occasions to have someone admitted to take over the case due to me parting ways, it ultimately fell on me and I should have done everything that I could have to ensure that someone else was admitted.

Dated: June 20, 2023

Respectfully submitted,

**JOHN PIERCE LAW P.C.**

*/s/ Aszaneé R. Laws*