**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   1:22-cv-01640-CNS-MDB

DANIEL P. RICHARDS,
     Plaintiff(s),

v.

LOCKHEED MARTIN CORPORATION
d/b/a LOCKHEED MARTIN SPACE,

     Defendant(s).

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

     I hereby certify that I am a member in good standing of the bar of this court, and I

appear in this case as counsel for:

     DANIEL P. RICHARDS

     DATED at Denver, Colorado this 26th day of June, 2023.

                        John M. Pierce
                        John Pierce Law
                        21550 Oxnard Street
                        3rd Floor PMB #172
                        Woodland Hills, CA 91367
                        (213) 400-0725
                        Jpierce@Johnpiercelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June, 2023 I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system

*/s/ John M. Pierce*