EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01640-CNS-MDB

DANIEL P. RICHARDS,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION
d/b/a LOCKHEED MARTIN SPACE,

    Defendant.

## AFFIDAVIT OF MICHAEL H. BELL IN SUPPORT OF LOCKHEED MARTIN'S <u>UNOPPOSED</u> MOTION FOR ATTORNEYS' FEES

| STATE OF COLORADO | ) |
|---|---|
|  | ) ss. |
| COUNTY OF DENVER | ) |

I, Michael H. Bell, being duly sworn, depose and state the following:

    1.    I am an attorney and Shareholder with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree"), in its Denver office located at 2000 South Colorado Boulevard, Tower Three, Suite 900, Denver, Colorado 80222. I submit this Affidavit in support of Lockheed Martin's Unopposed Motion for Attorneys' Fees filed in the above-styled litigation (the "Motion").

    2.    The following statements are based on my own personal knowledge of the matters stated in this Affidavit and/or the records maintained by Ogletree in the ordinary course of business, and my knowledge of the billing rates customarily charged by law firms in this community.

3. I am an attorney licensed to practice law in the States of Colorado, Texas, and New Mexico. I am admitted to practice before all United States District Courts in Colorado, Texas, New Mexico, and Oklahoma, and also before the Fifth and Tenth Circuit Courts of Appeals. I received my law degree from the University of North Carolina School of Law in 2003. I have been practicing law for nearly 20 years. For the past 17 years, my practice has focused almost entirely in the areas of labor and employment law and related litigation.

4. I have been primarily responsible for the representation of Lockheed Martin in this matter, and either personally performed or supervised the legal services referenced in the Motion.

5. Rebecca M. Lindell, an Associate at Ogletree, performed some of the services on this matter under my supervision. Ms. Lindell earned her law degree from the University of Denver Sturm College of Law in 2021. She is licensed to practice law in the States of Colorado and Utah and is admitted to practice before the United States District Courts for the Districts of Colorado, Utah, and New Mexico. She also devotes nearly all of her practice to labor and employment law and related litigation.

6. Based on my general understanding of employment attorneys' billing rates in the Denver Metro Area, where I have practiced since 2018, defense counsel on non-insured matters such as the above-styled litigation routinely charge $300 to $700 per hour, depending on skill and expertise, for employment dispute matters. My time on this matter has been charged at an hourly rate of $445.50. Ms. Lindell's time on this matter has been charged at an hourly rate of $270.00. Alison Shaw, a Paralegal at Ogletree, has also provided services for Lockheed Martin in this case under my supervision, and her hourly billing rate for this matter is $144.00.

7.      Based upon my experience and knowledge of the customary hourly rates charged by Denver attorneys practicing employment law, it is my opinion the rates charged are reasonable and generally in accordance with rates charged by other lawyers and paralegals in the community with similar experience and education.

8.      Ogletree uses a computerized billing system called Aderant.  This practice and procedure is standard to the firm and is within its normal business operations.  I have reviewed our firm's billing and expense records in this matter prior to executing this Affidavit.  In this matter, an invoice was prepared on a monthly basis for Lockheed Martin at the same time invoices were prepared for Ogletree's other clients.  Time records and invoices are prepared and maintained in the regular course of Ogletree's business activities, and it is Ogletree's regular practice to prepare and maintain such records.

9.      Ogletree's records indicate that $6,530.20 has been incurred in legal fees from May 10 to July 24, 2023 as a result of unnecessary appearances and delay of this litigation attributable to Mr. Pierce's law firm.

10.     This amount is reasonable in light of the significant amount of time Ms. Lindell and/or I spent preparing for the Scheduling Conference, for the June 6, 2022 hearing on the Notice of Motion and Motion for Leave to File First Amended Complaint (the "Motion to Amend") and the Motion.  Lockheed Martin reasonably anticipated the Court would hear arguments on Plaintiff's pending Motion to Amend during the Scheduling Conference, so Ms. Lindell spent an appropriate amount of time prior to the conference preparing arguments in opposition to the Motion to Amend.  But, she was not able to present these arguments as a result of Plaintiff's counsel's lack of preparedness.  Thereafter, I spent substantial time preparing for the June 6, 2022

hearing on the Motion to Amend, including formulating arguments that Plaintiff failed to meet his burden in establishing his right to leave and that amendment is warranted. Yet, again, Lockheed Martin was unable to present its arguments because Plaintiff's counsel filed a last-minute motion for continuance, citing a sham reason for the request, without conferring with Lockheed Martin's counsel. Further, while Lockheed Martin is appreciative of the Court's granting leave to file a motion for attorneys' fees, Lockheed Martin incurred additional fees for the drafting of this motion, which otherwise would not have been incurred but for Plaintiff's counsel's conduct. Accordingly, Lockheed Martin is also requesting fees for the time Ms. Lindell and I spent drafting the Motion and Affidavit.

11. The attorneys' fees incurred in performing these tasks are detailed in the table below:

**Attorneys' Fees Associated with Unnecessary Appearances and Delay Attributable to Mr. Pierce's Law Firm:**

| Date | Attorney/Paralegal | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 05/10/23 | Rebecca Lindell | Prepare for Scheduling Conference and prepare for potential argument on the pending Motion to Amend Complaint. | 1.1 | $270.00 | $297.00 |
| 05/10/23 | Rebecca Lindell | Attend Scheduling Conference. | 0.6 | $270.00 | $162.00 |
| 06/05/23 | Michael Bell | Prepare outline for argument on motion to amend at hearing. | 1.8 | $445.50 | $801.90 |
| 06/05/23 | Alison Shaw | Prepare materials for Mike Bell's review and reference at hearing on plaintiff's motion for leave to file first amended complaint. | 0.8 | $180.00 | $144.00 |

EXHIBIT A

| Date | Attorney/Paralegal | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/06/23 | Michael Bell | Complete preparation for argument on motion to amend at hearing. | 1.4 | $445.50 | $623.70 |
| 06/06/23 | Michael Bell | Attend truncated hearing on motion to amend and report on same to client team. | 0.8 | $445.50 | $354.40 |
| 06/13/23 | Michael Bell | Analyze Order to Show Cause and work on outline of upcoming hearing on same. | 1.80 | $445.50 | $801.90 |
| 06/21/23 | Michael Bell | Analyze court order regarding show cause hearing and update client team. | 0.6 | $445.50 | $801.90 |
| 06/26/23 | Michael Bell | Work on revisions to outline for hearing on motion to amend and to show cause. | 1.80 | $445.50 | $801.90 |
| 07/20/23 | Rebecca Lindell | Begin drafting Motion for Attorneys' Fees and Affidavit in Support of same. | 2.1 | $270.00 | $567.00 |
| 07/21/23 | Rebecca Lindell | Finish drafting Motion for Attorneys' Fees and Affidavit in Support of same. | 2.2 | $270.00 | $594 |
| 07/24/23 | Michael Bell | Revise Motion for Attorneys' Fees and Affidavit in Support of motion. | 1.0 | $445.50 | $445.50 |
| 07/24/23 | Rebecca Lindell | Revise Motion for Attorneys' Fees and Affidavit in Support of same. | 0.5 | $270.00 | $135 |

**TOTAL: $6,530.20**

EXHIBIT A

FURTHER AFFIANT SAYETH NAUGHT.

*Michael H. Bell*

_____
Michael H. Bell

SUBSCRIBED and SWORN to before me this 28th day of July, 2023 by Michael H. Bell.

Witness my hand and official seal.

My commission expires on: 4|18|25

_____
Notary Public

```
LAURA L CUSTER
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20124081516
MY COMMISSION EXPIRES APR 18, 2025
```