# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   1:22-cv-01640-CNS-MDB

DANIEL P. RICHARDS,
    Plaintiff(s),

v.

LOCKHEED MARTIN CORPORATION
d/b/a LOCKHEED MARTIN SPACE,

    Defendant(s).

---

## NOTICE

---

Pursuant to the Court's July 19, 2023 Order, counsel John M. Pierce has sent by UPS a copy of the Court's Order to the Committee on Conduct. In addition, counsel and his firm are carefully familiarizing themselves with all applicable rules, local rules, and practice standards for both the Magistrate Judge and the Presiding Judge in this case.

DATED at Denver, Colorado this 28th day of July, 2023.

> John M. Pierce
> John Pierce Law
> 21550 Oxnard Street
> 3rd Floor PMB #172
> Woodland Hills, CA 91367
> (213) 400-0725
> Jpierce@Johnpiercelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2023 I electronically filed the foregoing with

1

the Clerk of the Court using the CM/ECF system

*/s/ John M. Pierce*

2