EXHIBIT A

**From:** Bell, Michael H.
**Sent:** Wednesday, April 5, 2023 3:00 PM
**To:** Aszanee Laws <alaws@armchairlegal.net>; Lindell, Rebecca <rebecca.lindell@ogletreedeakins.com>
**Cc:** John Pierce <jpierce@johnpiercelaw.com>; Jonathan Moseley <jmoseley@johnpiercelaw.com>; Emily Lambert <elambert@johnpiercelaw.com>; Roger Roots <rroots@johnpiercelaw.com>; shaddad@johnpiercelaw.com; Nick Ramlow <nramlow@johnpiercelaw.com>; Ashley Leonard <aleonard@armchairlegal.net>
**Subject:** RE: Richards v. Lockheed Martin Corporation

Ms. Laws, nice to meet you.  As an initial matter, we need to confirm that you mean you have recently been admitted to the United States District Court for the District of Colorado for purposes of this lawsuit, as the State Bar of Colorado does not have record of your admittance to the state bar as far as we are aware.

With respect to your Motion for Leave to file an amended complaint on behalf of Mr. Richards, we do oppose that motion.  This litigation to date has been marked by a series of unreasonable delays by Plaintiff for over nine months, initially resulting in an order to show cause on December 5, 2022 directing Plaintiff to show cause why his claims against our client should not be dismissed for lack of service.  Plaintiff finally did serve our client on January 12 with his July 1, 2022 original Complaint.  After not receiving a response to our conferral request, we filed Lockheed's motion to dismiss on February 2, identifying many deficiencies in the Complaint, including several that were incapable of being cured via amendment.  On March 9, after striking his proposed First Amended Complaint filed on February 27,  the Court provided Mr. Richards until March 20 to either respond to our motion to dismiss or file a compliant Amended Complaint.  He failed to do so.  Thus, your motion to amend is tardy by over two weeks without sufficient explanation, especially in light of the fact that according to the filing your offices submitted on December 28 of last year, Mr. Richards has in fact been represented by your firm for over three months.

In addition, the proposed First Amended Complaint, which appears to be identical to the filing submitted on February 22, would be futile as it remains deficient for many of the same reasons articulated in Lockheed's pending motion to dismiss (ECF No. 20).  Specifically, and without limitation, it (1) ==asserts Americans with Disabilities Act, Colorado Anti-Discrimination Act, and, potentially, Title VII claims that are barred by limitations and regarding which Mr. Richards failed to exhaust his administrative remedies,== (2) contains no factual allegations whatsoever supporting claims under the National Defense Authorization Act or breach of contract / good faith and fair dealing theories, and (3) contains insufficient allegations to support a claim under the ADA, CADA, or Title VII even if those claims were not otherwise barred.

I trust this adequately responds to your request, but I'm glad to discuss as needed.  Thank you.

EXHIBIT A

**Mike Bell | Ogletree Deakins**
2000 South Colorado Boulevard, Tower Three, Suite 900 | Denver, CO 80222 | Telephone: 303-318-7481
mike.bell@ogletree.com | www.ogletree.com | Bio

---

**From:** Aszanee Laws <alaws@armchairlegal.net>
**Sent:** Wednesday, April 5, 2023 12:47 PM
**To:** Bell, Michael H. <mike.bell@ogletreedeakins.com>; Lindell, Rebecca <rebecca.lindell@ogletreedeakins.com>
**Cc:** John Pierce <jpierce@johnpiercelaw.com>; Jonathan Moseley <jmoseley@johnpiercelaw.com>; Emily Lambert <elambert@johnpiercelaw.com>; Roger Roots <rroots@johnpiercelaw.com>; shaddad@johnpiercelaw.com; Nick Ramlow <nramlow@johnpiercelaw.com>; Ashley Leonard <aleonard@armchairlegal.net>
**Subject:** Richards v. Lockheed Martin Corporation

[Caution: Email received from external source]

Good Afternoon Counsel,

I hope this email finds you well. I am writing to inform you that I have recently been admitted to the Colorado State Bar, and as a result, I am now able to file pleadings on behalf of my client, Daniel Richards.

Now that I am admitted, we would like to file a Motion for leave to refile the First Amended Complaint that was previously filed by Mr. Richards on February 27, 2023, and wanted to reach out to you and inquire whether you have any opposition to our motion.

Please let us know as soon as possible if you have any objections, and we can work together to resolve any issues. We look forward to your response.

Thank you for your attention to this matter.

Sincerely,

Aszaneé R. Laws, esq
John Pierce Law
21550 Oxnard St.
3rd Floor PMB#172
Woodland Hills, CA 91367